

**Fox Rothschild** LLP
ATTORNEYS AT LAW

75 Eisenhower Parkway, Suite 200
Roseland, NJ 07068-1600
Tel 973.992.4800  Fax 973.992.9125
www.foxrothschild.com

Heather R. Boshak
Direct Dial: (973) 994-7508

May 31, 2011

**Via ECF**
Hon. Michael A. Shipp, U.S.M.J.
United States District Court for the District of New Jersey
M.L. King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:  **Margaret Howe v. Magellan Health Services, Inc.**
**Civil Action No. 2:11-cv-2006**

Dear Magistrate Judge Shipp:

This firm represents defendant Magellan Health Services, Inc. ("Magellan") with regard to the above-referenced matter. A scheduling conference for this case has been scheduled for June 20, 2011 at 1:30 p.m.

I am currently scheduled to being a trial in state court on June 20, 2011, the date of the scheduling conference in this matter. Accordingly, Magellan respectfully requests that the Court adjourn the conference to mid-July. Plaintiff consents to this application.

The Court's attention to this matter is appreciated.

Respectfully submitted,

FOX ROTHSCHILD LLP

*[signature]*

Heather R. Boshak

HRB:mm

cc: Andrew Berns, Esq./Timothy Ford, Esq. *(via ECF)*

A Pennsylvania Limited Liability Partnership

California   Connecticut   Delaware   Florida   Nevada   New Jersey   New York   Pennsylvania

RL1 906195v1